**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL NO 2924**
**20-MD-2924**

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

______________________________/

**THIS DOCUMENT RELATES TO:**

**JURY TRIAL DEMANDED**

Deidre Galvin, Individually and as Fiduciary of the Estate of Kevin P. Galvin

______________________________
(Plaintiff Name(s))

**SHORT-FORM COMPLAINT - VERSION 2**

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Amended Master Personal Injury Complaint ("AMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint - Version 2 as permitted by Pretrial Order No. 31 and as modified by the Court's Orders regarding motions to dismiss [DE 2532, 2512, 2513, 2515, and 2016].

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

## I. PARTIES, JURISDICTION, AND VENUE

### A. PLAINTIFF(S)

1. Plaintiff(s) DEIDRE GALVIN ______________________ ("Plaintiff(s)") brings this action (check the applicable designation):

☐ On behalf of [*himself/herself*];

☒ In representative capacity as the Fiduciary of Estate, on behalf of the injured party, (Injured Party's Name) Kevin P. Galvin.

2. Injured Party is currently a resident and citizen of (City, State) ______________________ and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) Feb 27 2017. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) Lakewood OH.

If any party claims loss of consortium,

3. Deidre Galvin ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) North Ridgeville OH.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) Lakewood OH.

## B. DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants from the Amended Master Personal Injury Complaint in this action:

**a. Brand-Name Manufacturers:**
Pfizer Inc.; Boehringer Ingelheim USA Corporation; Sanofi S.A.; GlaxoSmithKline LLC; GlaxoSmithKline (America) Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Sanofi-Aventis U.S. LLC; Boehringer Ingelheim International GmbH; Patheon Manufacturing Service LLC; Boehringer Ingelheim Promeco, S.A. de C.V.; Boehringer Ingelheim Corporation; Sanofi US Services Inc.; GlaxoSmithKline PLC

**b. Generic Manufacturers:**

**c. Distributors and Repackager:**

Golden State Medical Supply, Inc.; Chattem, Inc.; McKesson Corporation; AmeriSource Health Services LLC d/b/a American Health Packaging; Geri-Care Pharmaceuticals Corp.

**d. Retailers:**

CVS Pharmacy, Inc.

**e. Others Not Named in the AMPIC:**

## C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

Northern District of OH

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

☒ By prescription

☒ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) Jan 1984 to Feb 2017.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL/INTESTINAL CANCER | |
| ☒ | ESOPHAGEAL CANCER | Nov 4 2016 |

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | GASTRIC CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | OTHER CANCER: ______________________ | |
| ☒ | DEATH (CAUSED BY CANCER) | Feb 27 2017 |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s)

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Amended Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff(s) assert these causes of action based upon the law and applicable Sub-Counts of the following state(s):[1]

______________________________________________________

| **Check all that apply** | **Count** | **Cause of Action** | **States for which the cause of action was asserted in the AMPIC** |
|---|---|---|---|
| ☒ | I | Strict Products Liability – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |

[1] In selecting the relevant states above, Plaintiffs reserve all rights to argue choice of law issues at a later time.

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☐ | II | Negligence – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | III | Strict Products Liability – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | IV | Negligence – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, OK, and WA |
| ☐ | V | Negligence - Failure to Warn Consumers through the FDA (Against Brand-Name and Generic Manufacturer Defendants) | CA, DE, DC, HI, IN, KY, LA, MD, MA, MN, MO, NV, NY, OR, and PA |
| ☒ | VI | Strict Products Liability – Design Defect Due to Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VII | Strict Products Liability – Design Defect Due to Improper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | VIII | Negligent Failure to Test (Against Brand-Name and Generic Manufacturer Defendants) | KS, TX |
| ☒ | IX | Negligent Product Containers: (Against Brand-Name and Generic Manufacturers of pills) | All States and Territories |
| ☒ | X | Negligent Storage and Transportation Outside the Labeled Range (Against All Retailer and Distributor Defendants) | All States and Territories |
| ☒ | XI | Negligent Storage and Transportation Outside the Labeled Range (Against All Brand-Name and Generic Manufacturer Defendants) | All States and Territories |
| ☐ | XII | Negligent Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in California) | CA only |
| ☐ | XIII | Reckless Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in Massachusetts) | MA only |

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☒ | XIV | Unjust Enrichment (Against All Defendants) | All States and Territories |
| ☒ | XV | Loss of Consortium (Against All Defendants) | All States and Territories |
| ☒ | XVI | Wrongful Death (Against All Defendants) | All States and Territories |
| ☐ | | Other | |

If Count XV or Count XVI is alleged, additional facts supporting the claim(s):

XV. Plaintiff Deidre Galvin, surviving spouse of Injured Party, Kevin P. Galvin, has suffered a loss of consortium, having been deprived of the society, companionship, and assistance of her husband as a direct and proximate result of the acts and omissions of Defendants complained of herein. This claim is brought pursuant to Ohio R. C. 2125.01, et seq., for the benefit of the next-of-kin of Injured Party, Kevin P. Galvin.

XVI. This claim is brought pursuant to Ohio R.C. 2125.01, et seq., for the benefit of the next-of-kin of Injured Party, Kevin P. Galvin. As a direct and proximate result of the acts and omissions of Defendants complained of herein, the next-of-kin of Injured Party, Kevin P. Galvin, have suffered compensatory damages by reason of his death, including loss of support from the reasonably expected earning capacity of Injured Party, Kevin P. Galvin; loss of services; loss of society, including loss of companionship, consortium, care, assistance, attention, protection, advice, guidance, counsel, instruction, training and education; loss of prospective inheritance; mental anguish; and all other damages available at law.

## V. JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Amended Master Personal Injury Complaint.

Attorney 1 Signature: /s/ Anthony Gallucci
Attorney 1 Print: Anthony Gallucci
Attorney 2 Signature: ____________________
Attorney 2 Print: ____________________
Firm: McDermott & Hickey, LLC
Address 1: 20525 Center Ridge Rd., Ste. 200
Address 2: ____________________
City: Rocky River
State: Ohio
Zip: 44116
Email: ag@mcdermotthickeylaw.com
Phone: 2167127452

Attorney 1 Signature: ____________________
Attorney 1 Print: ____________________
Attorney 2 Signature: ____________________
Attorney 2 Print: ____________________
Firm: ____________________
Address 1: ____________________
Address 2: ____________________
City: ____________________
State: ____________________
Zip: ____________________
Email: ____________________
Phone: ____________________